UNITED STATES of America,
Plaintiff–Appellee,

v.

Howard Charles HUDSON,
Defendant–Appellant.

No. 08–6883.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 21, 2008.

Decided: Oct. 27, 2008.

Howard Charles Hudson, Appellant Pro Se. William David Muhr, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Charles Hudson appeals from the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hudson*, No. 2:93–cr–00156–JEB–1 (E.D. Va. filed Apr. 25 & entered Apr. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*